891 F.2d 280
 Fasick (Frederick W.)
v.
Pennsylvania Truck Lines, National Master Freight Collective
Bargaining Agreement, Central Pennsylvania Over the Road and
Local Cartage Supplemental Agreement, International
Brotherhood of Teamsters, Chauffeurs, Warehousemen, and
Helpers, Local Union 776, The Motor Carrier Labor Advisory
Council, Robert J. Bray & Associates
 NO. 89-5527
 United States Court of Appeals,
Third Circuit.
 NOV 24, 1989
 
 Appeal From: M.D.Pa.,
 Rambo, J.
 
 
 1
 AFFIRMED.